Case 2:11-cr-00365-GEB   Document 91   Filed 11/15/11   Page 1 of 3

FILED
NOV 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com
Attorney for Defendant
David Martinelli

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S 11-365 GEB |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| Vs | |
| DAVID MARTINELLI, | ORDER (Proposed) |
| Defendant | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Dan McConkie, Counsel for Plaintiff, and undersigned counsel that the defendant David Martinelli's conditions of release may be modified so as to permit his release from custody until December 19, 2011, or until further order of the Court. All other conditions of release are to remain in full force and effect.

The modification of conditions of release has been discussed with Pre-trial Services Officer, Becky Fiddleman, and she is in agreement.

This modification of release conditions is necessitated and agreed to for the following reasons: On September 12, 2011 defendant herein was released on pre-trial conditions as stated on the record at the time. All bond documents were to be filed prior to his release.

It was believed that defendant's daughter would be able to assist with the location and preparation of the necessary documents but she has, through no fault of her own, been unable to accomplish these goals. She is indigent, lives in New Mexico and, according to defendant, is developmentally disabled. Defendant has no one else to assist him and is unable to obtain the necessary documents while in custody.

**IT IS SO STIPULATED**

/S/ DAN MCCONKIE
Dan McConkie, Esq.,                              Dated: November 15, 2011
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                            Dated: November 15, 2011
Michael B. Bigelow
Attorney for Defendant
David Martinelli

ORDER (~~Proposed~~) *Dwg*

**IT IS ORDERED:** that Defendant David Martinelli may be released from custody until December 19, 2011 in order to obtain and file bond documents consistent with the conditions of release previously ordered by this Court, or until further order of this Court. All other conditions of release remain in full force and effect.

_____
Hon. DALE A DROZD.
UNITED SATES MAGISTRATE JUDGE

DATED: November, *15* 2011