**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com
Attorney for Defendant
David Martinelli

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) Vs ) ) DAVID MARTINELLI ) ) Defendant ) _____) | Case No. Cr.S 11-365 GEB STIPULATION AND ORDER PLACING MATTER ON CALENDAR FOR STATUS HEARING |

**IT IS HEREBY STIPULATED** by and between the parties that the above referenced matter be placed on this Court's calendar for change of plea on November 22, 2013 at 9:00 AM.

**IT IS SO STIPULATED**

/S/ Justin Lee
JUSTIN LEE, Esq.,                    Dated: November 21, 2013
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                Dated: November 21, 2013
Michael B. Bigelow
Attorney for Defendant
David Martinelli

## ORDER

**IT IS ORDERED** a status hearing is scheduled to commence in this action on November 22, 2013, commencing at 9:00 am.

DATED: November 21, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge