**FILED**

FEB 14 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:11-cr-00365-GEB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DAVID MARTINELLI, | |
| Defendant. | |

Since Defendant DAVID MARTINELLI was sentenced today to time served, he shall be released from custody in this case.

IT IS SO ORDERED.

Dated: February 14, 2014

_____
GARLAND E. BURRELL, JR.
United States Senior District Judge

file copy

1